| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Harling, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  46-3020809

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2600 S. 25th Avenue, Suite 210<br>Broadview, IL 60155<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cook<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  www.harlinginc.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Harling, Inc. _____  Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    2389

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor   Harling, Inc._____   Case number (*if known*)_____
        Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency   _____
         Contact name   _____
         Phone   _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  Harling, Inc.                          Case number (*if known*)
         Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 19, 2025
              MM / DD / YYYY

**X** /s/   Patrick Brenner                            Patrick Brenner
Signature of authorized representative of debtor       Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Joel Schechter                               Date   March 19, 2025
Signature of attorney for debtor                              MM / DD / YYYY

Joel Schechter
Printed name

Law Offices of Joel A. Schechter
Firm name

53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone   (312) 332-0267      Email address   joelschechter1953@gmail.com

3122099 IL
Bar number and State

Debtor   Harling, Inc.
         Name                                                                Case number (if known)

### Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 19, 2025
              MM / DD / YYYY

X _____        Patrick Brenner
Signature of authorized representative of debtor    Printed name

Title   President

**18. Signature of attorney**

X _____        Date   March 19, 2025
Signature of attorney for debtor                           MM / DD / YYYY

Joel Schechter
Printed name

Law Offices of Joel A. Schechter
Firm name

53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone   (312) 332-0267        Email address   joelschechter1953@gmail.com

3122099 IL
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Harling, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express National Bank P.O. Box 570622 Atlanta, GA 30357 | | line of credit | | | | $86,341.90 |
| Barclay's Advance LLC 651 N. Broad St. Suite 201 Middletown, DE 19709 | | | | $29,500.00 | $0.00 | $29,500.00 |
| Burnham Nationwide, Inc. 111 W. Washington St. Suite 1700 Chicago, IL 60602 | | Trade debt | | | | $17,154.82 |
| Byline Bank P.O. Box 7969 Carol Stream, IL 60197-7969 | | | | $711,149.21 | $0.00 | $711,149.21 |
| Byline Bank P.O. Box 7969 Carol Stream, IL 60197-7969 | | | | $210,014.48 | $0.00 | $210,014.48 |
| CFG Merchant Solutions, LLC 180 Maiden Lane 15th Floor New York, NY 10038 | | line of credit | | | | $10,300.00 |
| Chase P.O. Box 6294 Carol Stream, IL 60197-6294 | | Credit card purchases | | | | $17,988.03 |
| Contractors Access Equipment 2222 W. Halsted Chicago, IL 60608 | | Trade debt | | | | $62,912.00 |

Debtor  Harling, Inc.
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Fast Restoration<br>627 N. York<br>Unit B<br>Elmhurst, IL 60126 | | Trade debt | | | | $85,509.02 |
| Forest Capital Group LLC<br>2 University Plaza Dr.<br>Suite 211<br>Hackensack, NJ 07601 | | line of credit | Disputed | | | $47,910.20 |
| Glenrock Company<br>P.O. Box 85402<br>Chicago, IL 60689 | | Trade debt | | | | $55,090.28 |
| Herc Rentals<br>27500 Riverview Center Blvd.<br>Suite 100<br>Bonita Springs, FL 34134 | | Trade debt | | | | $10,433.21 |
| Integrity Painting & Decorating<br>1326 Ogden Avenue<br>Downers Grove, IL 60515 | | Trade debt | | | | $116,625.00 |
| Kapitus LLC<br>2500 Wilson Blvd.<br>Suite 350<br>Arlington, VA 22201 | | | | $207,058.46 | $0.00 | $207,058.46 |
| Legendary Funding Group, LLC<br>11350 McCormick Road<br>EP4 Ste LL1<br>Hunt Valley, MD 21031 | | | | $130,250.00 | $0.00 | $130,250.00 |
| Marks Complete Construction<br>8312 Joliet Road<br>Unit 1<br>McCook, IL 60525 | | Trade debt | | | | $26,670.00 |
| National Funding, Inc.<br>4380 La Jolla Village Drive<br>San Diego, CA 92122 | | line of credit | Disputed | | | $120,346.52 |
| North Quest Capital LLC<br>8000 Town Centre Drive<br>Broadview Heights, OH 44147 | | | | $28,101.25 | $0.00 | $28,101.25 |
| Republic Bank<br>2221 Camden Court<br>Oak Brook, IL 60523 | | | Disputed | $173,834.37 | $0.00 | $173,834.37 |

Debtor  Harling, Inc.  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Republic Bank 2221 Camden Court Oak Brook, IL 60523 | | | Disputed | $48,530.28 | $0.00 | $48,530.28 |

American Express National Bank
P.O. Box 570622
Atlanta, GA 30357


Barclay's Advance LLC
651 N. Broad St.
Suite 201
Middletown, DE 19709


Burnham Nationwide, Inc.
111 W. Washington St.
Suite 1700
Chicago, IL 60602


Byline Bank
P.O. Box 7969
Carol Stream, IL 60197-7969


CFG Merchant Solutions, LLC
180 Maiden Lane
15th Floor
New York, NY 10038


Chase
P.O. Box 6294
Carol Stream, IL 60197-6294


Chicago Metal Supply & Fabrication, Inc.
4940 W. Grand
Chicago, IL 60639


Chuhak & Tecson, P.C.
120 S. Riverside Plaza
Suite 1700
Chicago, IL 60606


Citywide
P.O. Box 18284
Chicago, IL 60618


Contractors Access Equipment
2222 W. Halsted
Chicago, IL 60608


Fast Restoration
627 N. York
Unit B
Elmhurst, IL 60126


Forest Capital Group LLC
2 University Plaza Dr.
Suite 211
Hackensack, NJ 07601


Glenrock Company
P.O. Box 85402
Chicago, IL 60689

Glenrock Company
200 W. Wrightwood
Elmhurst, IL 60126


Herc Rentals
27500 Riverview Center Blvd.
Suite 100
Bonita Springs, FL 34134


Herc Rentals
P.O. Box 936257
Atlanta, GA 31193-6257


Integrity Painting & Decorating
1326 Ogden Avenue
Downers Grove, IL 60515


Kapitus LLC
2500 Wilson Blvd.
Suite 350
Arlington, VA 22201


Legendary Funding Group, LLC
11350 McCormick Road
EP4 Ste LL1
Hunt Valley, MD 21031


Marks Complete Construction
8312 Joliet Road
Unit 1
McCook, IL 60525


Murphy Lomon & Associates
2860 South River Road
200
Des Plaines, IL 60018


National Funding, Inc.
4380 La Jolla Village Drive
San Diego, CA 92122


Nomas Recovery LLC
2 Executive Blvd.
Suite 305
Suffern, NY 10901


North Quest Capital LLC
8000 Town Centre Drive
Broadview Heights, OH 44147


Patrick Brenner
4631 N. Laramie`
Chicago, IL 60630


Republic Bank
2221 Camden Court
Oak Brook, IL 60523

```
S&S Panel
2351 Brickvale Drive
Elk Grove Village, IL 60007


S&S Panel
12030 W. Silver Spring Road
Milwaukee, WI 53225-2910


Service Sanitation, Inc.
401 Blaine Street
Gary, IN 46406


Turek & Sons
1333 S. Jefferson Street
Chicago, IL 60607


U.S. Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155
```

# United States Bankruptcy Court
## Northern District of Illinois

In re: Harling, Inc.
Debtor(s)

Case No.
Chapter: 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Harling, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [Check if applicable]

Date: March 19, 2025

Signature: Joel Schechter
Signature of Attorney or Litigant
Counsel for Harling, Inc.
Law Offices of Joel A. Schechter
53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
(312) 332-0267  Fax:
joelschechter1953@gmail.com